UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: DELORES KIMBLE ) Case No. 19 B 29669
 )
Debtor ) Chapter 13
 )
 ) Judge: JACQUELINE P COX

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no.50 having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

ENTER:

*Jacqueline P. Cox*
J. Cox
JUDGE

DATED: JAN 13 2020

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $1,225.00 | 60 | 100.00 |